# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --                )
)
Shaw Environmental & Infrastructure, Inc.   )     ASBCA Nos. 58499, 58500, 58501
)                                 58502, 58503, 58504
)                                 58505, 58506
)
)
Under Contract No. N62473-08-D-8822    )

APPEARANCES FOR THE APPELLANT:      James F. Nagle, Esq.
                                            Benjamin D. Greenberg, Esq.
                                               Oles Morrison Rinker & Baker, LLP
                                               Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
                                            Navy Chief Trial Attorney
                                            Robert C. Ashpole, Esq.
                                            Trial Attorney

## ORDER OF DISMISSAL

As a result of Board mediation on 19-20 November 2013, the parties settled the appeals referenced above. The parties have jointly moved for dismissal of these appeals with prejudice. Accordingly, the appeals are dismissed with prejudice.

Dated: 9 January 2014

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58499, 58500, 58501, 58502, 58503, 58504, 58505, 58506, Appeals of Shaw Environmental & Infrastructure, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals